■ In the Matter of JOHN B. LA PARO, Respondent-Appellant, v JAMES R. ANDERSON, Appellant-Respondent, and RICHARD A. ROMEO et al., Constituting the Board of Elections of the County of Onondaga, et al., Respondents. — Order unanimously affirmed, without costs. (Appeal from order of Onondaga Supreme Court, Donovan, J. — Election Law.) Present — Simons, J. P., Callahan, Doerr, Denman and Moule, JJ.

# (December 11, 1981)

■ FELICIA ANDRAKA, as Administratrix of the Estate of EUGENE ANDRAKA, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 60946.) — Judgment unanimously affirmed, with costs, for the reasons stated at Court of Claims, Quigley, J. (Appeal from judgment of Court of Claims, Quigley, J. — appropriation.) Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Moule, JJ.